HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA RIVERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>NORTH PACIFIC PAPER COMPANY, LLC,<br><br>Defendant. | Case No. 3:22-cv-05123-DGE<br><br>JOINT MOTION FOR ENTRY<br>OF CONSENT DECREE<br><br>NOTE ON MOTION CALENDAR:<br>September 9, 2022 |

Plaintiff Columbia Riverkeeper ("Riverkeeper") and Defendant North Pacific Paper Company, LLC ("NORPAC") have agreed to settle this case. Accordingly, Riverkeeper and NORPAC (collectively, the "Parties") hereby jointly move the Court to enter the proposed Consent Decree filed herewith after the conclusion of the waiting period imposed by the Clean Water Act ("CWA").

Riverkeeper filed this action under the citizen suit provision of the CWA, 33 U.S.C. § 1365, alleging that NORPAC is in ongoing violation of the National Pollutant Discharge Elimination System permit applicable to NORPAC's facility located at or near 3401 Industrial Way, Longview, Washington 98632. The Parties have now agreed to settle this matter, and the proposed Consent Decree filed herewith memorializes the Parties' agreement. The Parties now request entry of their proposed Consent Decree as an order of the Court because it is fair,

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 1
Case No. 3:22-cv-05123-DGE

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

reasonable, equitable, and does not violate the law or public policy, and it comes within the scope of the pleadings and furthers the broad objectives upon which Riverkeeper's Complaint is based. *Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990).

The Consent Decree may not be entered as an order of the Court until forty-five days after receipt of it by both the Administrator of the U.S. Environmental Protection Agency and the U.S. Attorney General. *See* 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5. Accordingly, after filing this motion, counsel for Riverkeeper will serve copies of the proposed Consent Decree on the U.S. Attorney General, the Administrator of the U.S. Environmental Protection Agency, and the Administrator of Region 10 of the U.S. Environmental Protection Agency. The noting date for the Court's consideration of this matter has been scheduled accordingly.

For the foregoing reasons, the Parties respectfully request entry of their proposed Consent Decree, filed herewith, as an order of the Court.

RESPECTFULLY SUBMITTED this 22nd day of July 2022.

| KAMPMEIER & KNUTSEN, PLLC | TONKON TORP, LLP |
|---|---|
| By: s/ Brian A. Knutsen<br>Brian A. Knutsen, WSBA No. 38806<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 841-6515<br>Email: brian@kampmeierknutsen.com | By: s/ Anna Sortun<br>Caroline Harris Crowne, WSBA No. 42329<br>Anna Sortun, WSBA No. 45279<br>888 S.W. Fifth Avenue, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 802-2056<br>Email: caroline.harris.crown@tonkon.com<br>anna.sortun@tonkon.com |
| COLUMBIA RIVERKEEPER | |
| Simone Anter, WSBA No. 52716<br>2621 Wasco Street, Suite A<br>Hood River, Oregon 97031<br>Tel.: (541) 399-5312<br>Email: simone@columbiariverkeeper.org | *Attorneys for Defendant North Pacific Paper Company, LLC* |

*Attorneys for Plaintiff Columbia Riverkeeper*

JOINT MOTION FOR ENTRY
OF CONSENT DECREE - 2
Case No. 3:22-cv-05123-DGE

KAMPMEIER & KNUTSEN PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515